**Evan SIEGEL, Plaintiff–Appellant,**

v.

**LA GUARDIA COMMUNITY COLLEGE, Defendant–Appellee.**

No. 06–2469–cv.

United States Court of Appeals, Second Circuit.

Oct. 3, 2007.

Lee Nuwesra, New York, NY, for Plaintiff–Appellant.

Ellen Ravitch, of counsel (Stephen J. McGrath, of counsel, on the brief), for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY, for Defendant–Appellee.

Present: Hon. PIERRE N. LEVAL, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. CHARLES L. BRIEANT, District Judge.*

### SUMMARY ORDER

Evan Siegel appeals from a judgment dated April 25, 2006, 2006 WL 1084780, dismissing all of his claims against La Guardia Community College. We assume the parties' familiarity with the facts and the procedural history of the case.

We review a district court's decision to grant a motion to dismiss *de novo. Abramson v. Pataki,* 278 F.3d 93, 99 (2d Cir.2002). Having reviewed the record, we conclude that all of Siegel's claims are either time-barred or facially deficient under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Accordingly, the judgment of the district court is hereby **AFFIRMED.**

---

* The Honorable Charles L. Brieant, United States District Judge for the Southern District of New York, sitting by designation.